AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
FELIPE CONTRERAS-VARILLAS

Defendant

)
)
)
)
)
)

Case: 1:26-mj-00006
Assigned To : Faruqui, Zia M.
Assign. Date : 1/16/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

　　　　**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*　　FELIPE CONTRERAS-VARILLAS

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment　　☐ Superseding Indictment　　☐ Information　　☐ Superseding Information　　☑ Complaint
☐ Probation Violation Petition　　☐ Supervised Release Violation Petition　　☐ Violation Notice　　☐ Order of the Court

This offense is briefly described as follows:

8 USC 1326(a) and (b)(1) - Re-entry After Removal

Date:　01/16/2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Issuing officer's signature*

City and state:　Washington, DC

　　　　　　　　　　　　　　　　ZIA M. FARUQUI, U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/16/26 , and the person was arrested on *(date)* 1/20/26
at *(city and state)* Washington D.C.

Date: 1/20/26

　　　　　　　　　　　　　　　　　*Arresting officer's signature*

　　　　　　　　　　　　　　　　　*Printed name and title*